STATE OF LOUISIANA

VERSUS

EDDIE J. ARMANT

NO. 24-KH-515

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

November 14, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** EDDIE J. ARMANT

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-THIRD JUDICIAL DISTRICT COURT, PARISH OF ST JAMES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JASON VERDIGETS, DIVISION "A", NUMBER 2584

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Scott U. Schlegel

## WRIT OF MANDAMUS GRANTED IN PART; DENIED IN PART

Relator, Eddie J. Armant, filed a petition for writ of mandamus asking this Court to order the trial court to "sign the order" included with his "Notice of Intent to Appeal Under Uniform Rules, Courts of Appeal Rules 4-2 and 4-3" ("Notice of Intent").  Relator indicates that he filed the Notice of Intent because he intends to seek review of the trial court's denial of his "Second or Subsequent Uniform Application for Postconviction Relief."  Relator also asks for the appointment of a Louisiana Supreme Court justice to sit on the panel conducting the review, "due to the unusual and bias (sic) actions of the 23rd Judicial District Court."

According to the online record, relator's APCR was filed on November 15, 2022.  The trial court denied the APCR as repetitive pursuant to La. C.Cr.P. art. 930.4 on November 22nd, but it did not fill in the year of its decision in the space provided on the APCR form.  Therefore, we cannot determine if the trial court ruled on the APCR in 2022 or 2023.  In addition, the order denying the APCR in the online record contains a notation, "Received From Judge 2/5/24," and further indicates that notice of the ruling was sent "Via Regular Mail" on February 8, 2024.

Relator contends that after he received the ruling, he submitted a request on February 29, 2024, to the business office at Hunt Correctional Center to withdraw funds and mail his Notice of Intent to the 23rd Judicial District Court Clerk of Court.[1]  Relator provides a receipt indicating that the correctional center processed

---

[1] The actual date of filing for pleadings filed by inmates is the date the pleading is delivered to the prison authorities. *State v. Nevers-Hawkins*, 18-352, p. 2 (La. App. 5 Cir. 8/30/18), 2018 WL 4171728.

relator's request on March 4, 2024.  The online record does not contain a copy of relator's Notice of Intent.[2]  Therefore, we are unable to determine whether the trial court ever set a return date on relator's Notice of Intent.[3]

Based on the receipt provided by relator indicating that the Notice of Intent was mailed to the 23rd Judicial District Court Clerk of Court, we grant relator's request for mandamus relief in part, transfer relator's Notice of Intent to the trial court for consideration, and instruct the trial court to rule on relator's Notice of Intent by setting a 30-day return date for relator to file an application for supervisory review with this Court.  We deny relator's writ of mandamus to the extent he requests the appointment of a Louisiana Supreme Court justice.

Gretna, Louisiana, this 14th day of November, 2024.

**SUS**
**JGG**
**MEJ**

---

[2] A copy of the Notice of Intent and mailing receipt provided with the writ application are attached to this ruling to assist with the identification of the document.

[3] We recognize that relator's Notice of Intent is somewhat confusing as it contains language indicating his intent to seek supervisory review, but the proposed order does not include language asking for a return date to file a writ application.  Instead, the proposed order contains language asking the trial court to grant an appeal, to appoint the appellate project to represent relator, and to set a return date for the lodging of the record with this Court.  There is no right of appeal from a judgment denying an application for post-conviction relief; the proper procedure for this claim is by application for supervisory writ.  *State v. Johnson*, 98-650 (La. App. 5 Cir. 2/10/99), 729 So.2d 55, 56.  But *pro se* filings are subject to less stringent standards than formal pleadings filed by lawyers.  *Benoit v. Guerin*, 22-547 (La. App. 5 Cir. 1/18/23), 357 So.3d 434, 441, *writ denied*, 23-250 (La. 6/7/23), 361 So.3d 966, *citing State ex rel. Egana v. State*, 00-2351 (La. 9/22/00), 771 So.2d 638.  A *pro se* petitioner is not to be denied access to the courts for review of his case on the merits by the overzealous application of form and pleading requirements or hyper-technical interpretations of court rules.  *Id.*

State Of Louisiana
Versus
Eddie J Artmant
Doc No. ▓ 150261
Filed: _____

23RD Judicial Court
Parish Of St. James
State Of Louisiana
Docket No: 2584

Clerk Of Court

## ORDER

(A) Notice Of Intention To Appeal Under "Uniform Rules, Court Of Appeal Rules "4-2 And Rules 4-3, 8. LSA See LA.C.CR.P. ; LA.U.R.C.A. Rules 4-2 And 4-3

Considering The Foregoing Motion.
It Is Hereby Ordered That Defendant Motion For Appeal Be Hereby Granted.
It Is Hereby Ordered (Further) That The Louisiana Appellant Project Be Appointed To Represent Defendant In This Matter
It Is Further Ordered That The Clerk Of Court For _____, Prepare The Record And Forward Such To The Louisiana F.F III 5th Circuit Court Of Appeals Within _____, Days Of The Date Of This Order. 1* Facts
This Appeal Relates To The Judgement Of Petition Post-Conviction Application, Received From 23RD J.D.C. Judge On 2/5/2024 Denial Under LA.C.CR.P Art. 930.4 ☒ See Exhibit 1* 2ND Or Subsequent Application, See page (5 of 5) See page (1) Also Filed For Record On 11/15/2022 With Said 23RD J.D.C. Docket No: 2584. See Exhibit 2* Envelope Dated ▓ 2/8/2024 However Received By Defendant Not Until 2/16/2024 By Prison Mail Sergent.
2* Fact's
The Judge Erred By Denying Defendant's Application Un~ ?
LA.C.CR.P. Art 930.4 Without Any Written Reason In Su~

### 3# Laws

DEFENDANT FILED HIS POST CONVICTION RELIEF UNDER A NEWLY ENACTED LAW (2021 LA. SESS. LAW SERV. ACT 104 (S.B. 186 WEST) [1] ACT NO. 104, S.B. NO. 186) 2ND POST CONVICTION RELIEF WHICH AMENDED ARTICLES 930.8 AND ART. 930.4 WHICH CLEARLY STATES: SEE AMENDED ACT UNDER ART. 1 <= LA.C.CR.P. ART 926.2 >> [ FACTUAL INNOCENCE ]

(A) A PETITIONER FIRST CLAIM OF FACTUAL INNOCENCE PURSUANT TO THIS ARTICLE THAT WOULD OTHER WISE WOULD BE BARRED FROM REVIEW ON THE MERITS BY THE TIME-LIMITATIONS PROVIDED IN ART 930.8 OR [2] PROCEDURAL OBJECTIONS PROVIDED IN ARTICLE 930.4, SHALL NOT BE BARRED IF THE CLAIM IS CONTAINED IN AN APPLICATION FOR POST CONVICTION RELIEF FILED ON OR BEFORE DECEMBER 31ST 2022.

### * ERROR NO. 1 *

THE TRIAL JUDGE ERRONEOUSLY DENIED MY POST-CONVICTION APPLICATION UNDER [1] LA.C.CR.P ART. 930.4, I FILED MY PETITION TIMELY ON 11/15/2022 (45) DAYS PRIOR TO THE 12/31/2022 DEADLINE. EVIDENCE "PATTON ERROR" REVIEW, SEE PAGE (1 OF 5) FIRST PAGE STATES STAMPED BY CLERK OF COURT'S OFFICE DATED [a] NOVEMBER 15TH, 2022. DIV: (D)

(B) SEE ALSO AS EVIDENCE (MAIL SLIPS - WITHDRAWL FORMS ADRESSED AND DATED TO 23RD J.D.C. CLERK OF COURT'S OFFICE DATED 11/12/2022 (EXHIBITS 3 AND 4) AND TO 23RD J.D.C. DISTRICT ATTY OFFICE (EXHIBITS 1 AND 2) UNDER ART 930.10

### Fact's

THE TRIAL JUDGE RULEING WAS IN ERROR AGAIN, SEE EXHIBIT 5 * MAIL SLIP DATED 09/6/2023, DEFENDANT TIMELY FILED A [c] ART. 122 MOTION FOR CHANGE OF VENUE. IT HAS NOT BEEN RULED ON AND FILED (60) DAYS PRIOR TO THE ERRONEOUS RULEING.

(1) SO THEREFORE THE TRIAL COURT RULEING WAS PREMATURE AND UNTIMELY AND SHOULD BE NULL. VOID AND MOOT, HE HAD NO AUTHORITY TO DO WHAT HE DID, ANOTHER JUDGE WAS BY LAW SUPPOSED TO RULE ON THE APPLICATION.

ERROR NO. 2*

The Trial Judge Also ERRED By Not Ruleing on The Sep
erate Motion Defendant Filed (1)In The Court And The
District Attorney's Office on 11/15/2022, Motion under
930.10, (A) (1)Considering These Constitutional Error
My 14th Amendment Was Violated.

It Is Further ORDER That The Entire Records
Be Forwarded To The Louisiana Fifth Circuit Court of Appeal's
Such As But Not Limited To (1)"Post-Conviction Application (2)
Brief In Support Of Application pages (1-85) (3)Art. 930.2
Motion pages (1-28) (4)And Other Documentation All
That Were Sent In Support Of Defendant petition

It Is Further ORDERED That All Transcript's In The
Possession Of The Court Be Also Sent To The LA 5th CiR
(1)Pre-Trial (2)Sanity Hearing (3)Guilty Plea Denial (4)Waiver Of
Jury Trial Transcript, (5)Trial Trans-cripts (6)P.S.I.
Report And (7)Sentensing Transcript (8)All Motions Filed
(1)Pre-Trial (2)Post-(3)Sentensing,

It Is Further ORDERED That The Clerk Of
Court For_____, Prepare All The
Records And Forward Such To The Louisiana Fifth Cir-
cuite Court Of Appeal's Within_____, Days Of The
Date Of This ORDER.

Thus Done And Signed And Rendered This
_____, Day Of_____,20_____ A+
_____

X_____

District Court Judge

It Is Also ORDERED That A Return Date Of
_____,_____,20_____. Be
Set Not To Exceed) OR (1)Be Set In This matter Not
To Exceed_____, Days For This Notice Of In-
Tent, To File A Writ Application. (1)Under Uniform Rules
Court Of Appeales, "U.R.C.A. (2)Rule 4-2 AND Rule 4-3

FoR The PuRpose OF This "Notice OF Intent, To File
A WRit OF The 2/5/2024 DeNiAL OF DeFeNDANt's
Post CoNvictioN Application. See page (5 oF 5) Last page OF
Application STATeiNg [ ReceiveD FRom JUDge 2/5/24 ]
See ALso ENveLope DAteD mAiLeD oN 2/8/2024, FRom
"ShAN M. LeBLANC / St. JAmes PARiSH CLeRk OF CouRt, How
EveR DeFeNDANT NeveR ReceiveD At FRom INStitioN mAiL
SeRgent uNtiL 2/16/2024
      (4) IN The INteREST OF JUStic AND BiAsNess It Is
A→ RequeST THAt A "LouisiAhA SupReme CouRt JUDge PRO-
TempoRe. Be AppiohteD To PARticipAte IN The DecissioN
By AppoiNtmeNt OF The LouisiAhA SupReme CouRT AS
A " JUDge PRO TempoRe.
DeFeNDAnt pRoveD He WAS Timely AND PRopeRLy uNDeR ARt.
930.8 AhD 930.4 It WAS FiLeD 11/15/2022 (45) DAys
PRioR To The 12/31/2022 DeADLiNe.
4* See "STAte OF LouisiAhA Vs. ARRis B. mooRe. 3RD CiRcuit CouRt
OF AppeAL NO. KH-21-00391 AND 14TH J.D.C., PARiSH OF
CALCASiEU, NO. 8345-2007

                    X _____

(D) _____
            DistRict CouRt JUDge
SigNeD This_____, DAy OF_____, 20_____

 3# Legal mail

 Exhibit [a] A
No. 5# 2024

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDER FUNDS WITHDRAWAL REQUEST

| CODE | DRAWING ACCOUNT | | DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL | |
|---|---|---|---|---|---|
| 73 | Offender club | 1# | 150261 | ARMANT, EDDie J. | |

please MAiL 1ST
CLASS CERTiFiED Express mAiL

| CODE | DRAWING ACCOUNT | LIVING QUARTERS | DATE OF REQUEST | TOTAL AMOUNT |
|---|---|---|---|---|
| 74 | Outside purchase / Family member | FOX-1-B | MO. 2 DAY 29 YEAR 24 | $6.51 |

Educational courses
Outside bank savings acct #_____
Newspaper ad for clemency / pardon.
Other (?) Notice Of INtENT To AppeAL
Denial OF 2ND post- ConViction

79 Court Cost - Civil action number UNDeR Ruke 4-2 AND 4-3

94 Savings Bond

Denial ReceNED 2/5/24

DOLLARS

WRITTEN AMOUNT

DEBT PROCESS

MAR 0

PAYEE:
OFFENDER MUST ATTACH A STAMPED, ADDRESSED
ENVELOPE FOR ALL OUTSIDE MAIL

VENDOR NO.

NAME: J.D.C. Clerk OF CourT / ST. JAMES PARISH

ADDRESS P.O. Box 63

| CITY CONVENT | STATE LA | ZIP 70723 |
|---|---|---|

| CODE | SAVINGS ACCOUNT | OFFENDER SIGNATURE: X EDDie J. Armant |
|---|---|---|

94 Savings Bond  RECEIVED 4.40 - me
FEB 29 2024  2.11 - postage
6.51

REQUEST DENIED. REASON:

RECEIVED
FEB 29 2024

79 Court Cost - Civil action number 2024

82 Educational courses BUSINESS OFFICE HUNT CORRECTIONAL CENTER ST GABRIEL, LA 70776

RIGHT THUMB PRINT  VERIFIED BY: Ariel Anderson

TITLE: Mask, LEGAL MAIL Sergeant

| CODE | TRANSFERS - No check will be produced |
|---|---|

68T Transfer from drawing account to savings.

APPROVED BY:

Note: Print name and address in the payee section to the right. Attach
necessary documents including a stamped, self-addressed envelope for all
outside mail.

TITLE:

DOC Form PF-30    10-A    DKAH. Cron    CIB Form Revised 08-2003

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **11/14/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-515**

### E-NOTIFIED

23rd Judicial District Court (Clerk)
Hon. Jason Verdigets (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED

Eddie J. Armant #150261 (Relator)
Elayn Hunt Correctional Center
6925 Highway 74
St. Gabriel, LA 70776

Honorable Ricky L. Babin (Respondent)
District Attorney
Post Office Box 66
Convent, LA 70737